# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL SCOTT VANCHIERE

NO. 2021 KW 0729

**OCTOBER 1, 2021**

---

In Re: Michael Scott Vanchiere, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, Nos. 89-8114, 89-8115.

---

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT